# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YVONDA SANDERS, individually and on behalf others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. )<br>) | Case No. 3:19-cv-00069-RJC-DSC |

## ORDER GRANTING
## MOTION FOR ADMISSION PRO HAC VICE

**UPON MOTION** of Defendant Bank of America, N.A. to admit *pro hac vice* Sean G. Wieber (document #5), for the purposes of this lawsuit and upon good cause shown, it is hereby

**ORDERED** that Sean G. Wieber be admitted *pro hac vice* in accordance with the Motion of Defendant Bank of America, N.A.

**SO ORDERED**.

Signed: March 8, 2019

_____

David S. Cayer
United States Magistrate Judge