# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YVONDA SANDERS, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 3:19-cv-00069 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Yvonda Sanders voluntarily dismisses this action, with each side to bear its own attorneys' fees and costs.

Dated: March 14, 2019

Respectfully submitted,

**YVONDA SANDERS**

*/s/ Wesley S. White*_____
Wesley S. White
Law Offices of Wesley S. White
State Bar No.: 43916
2300 E. 7th Street, Suite 101
Charlotte, NC 28204
Phone: (702) 824-1695
wes@weswhitelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019 the foregoing **NOTICE OF VOLUNTARY DISMISSAL** has been filed electronically and will be served on all counsel of record via CM/ECF as follows:

Amanda L. Groves
Winston & Strawn LLP
agroves@winston.com

Sean G. Wieber
Winston & Strawn LLP
swieber@winston.com

/s/ *Wesley S. White*
Wesley S. White